ORDERED.

Dated: April 19, 2021

*Karen S. Jennemann*
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

*In re:*

CASE NO. 6:19-bk-04067-KSJ
CHAPTER 7

JOHN T. STOKES, JR.
SHERI M. STOKES,

    Debtor.
_____/

**ORDER GRANTING U.S. BANK TRUST NATIONAL ASSOCIATION'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CASE** came for consideration on negative notice on the Motion for Relief from the Automatic Stay (DE 57) filed by U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST. No appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED:**

1.    The Motion is Granted.

2.    The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

The West 1/2 of the NE 1/4 of the NE 1/4 of the NE 1/4 of Section 4, Township 21 South, Range 24 East, Lake County, Florida.

SUBJECT TO AND TOGETHER WITH THE FOLLOWING DESCRIBED ESEMENTS:
That part of Lot 17, LAKE THOMAS COVE, according to the Plat thereof as recorded in Plat Book 32, Page 4, Public Records of Lake County, Florida, being described as follows: Begin at the most Southeasterly corner of said Lot 17; thence South 89°39'58" West along the South line of said Lot 17, a distance of 151.38 feet to the Southwest corner of said Lot 17; thence run North 00°20'02" West along the West line of said Lot 17, a distance of 186.82 feet, more or less, to a point that is 25.00 feet North of the Southwest corner of the Northwest 1/4 of the Northwest 1/4 of the Northwest 1/4 of Section 3, Township 21 South, Range 24 East, Lake County, Florida; Thence run North 89°39'58" East parallel to the West line of said Lot 17, a distance of 50.00 feet; thence South 00°20'02" East parallel to the West line of said Lot 17, a distance of 136.82 feet more or less to a point that is 50.00 feet North of the South line of said Lot 17, thence run North 89°39'58" East, a distance of 104.92 feet to the right of way line of Thomas Cove Drive, said right of way being on a non-tangent curve having a radius of 60.00 feet, a radial bearing of South 61°49'55" East, thence run Southwesterly along the arc of said non-tangent curve, through a central angle of 49°21'56" a distance of 51.70 feet to the most Southeasterly corner of said Lot 17 and the point of beginning.
AND
The South 25.00 feet of the East 1/2 of the North 1/2 of the NE 1/4 of the NE 1/4 of Section 4, Township 21 South, Range 24 East, Lake County, Florida.
AND
The North 25.00 feet of the East 1/2 of the South 1/2 of the NE 1/4 of the NE 1/4 of Section 4, Township 21 South, Range 24 East, Lake County, Florida.
AND
The South 25.00 feet of the East 150.00 feet of the NW 1/4 of the NE 1/4 of the NE 1/4 of Section 4, Township 21 South, Range 24 East, Lake County, Florida.
AND
The North 25.00 feet of the East 150.00 feet of the SW 1/4 of the NE 1/4 of the NE 1/4 of Section 4, Township 21 South, Range 24 East, Lake County, Florida.

Together with a 2000 Fleetwood Doublewide Mobile Home VIN Nos. GAFLX75A70759CD21 AND GAFLX75B70759CD21.

Parcel Identification Number: 0421240001-000-05200

3.   The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4.   Bankruptcy fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay.

Attorney for Movant is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Copies furnished via CM/ECF to:

Matthew Klein, Esq., Morales Law Group, P.A., 14750 NW 77th Court, Suite 303, Miami Lakes, FL 33016

Robert B. Branson, Esq., 1501 E. Concord Street, Orlando, FL 32803

Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790

Office of the US Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801

and a true and correct copy was mailed to the non-CM/ECF participants:

John Thomas Stokes, Jr and Sheri Maureen Newsome Stokes, 2915 Thomas Cove Drive, Groveland, FL 34736.